In the United States District Court For the Southern District Of Texas, Galveston Division.

United States Courts
Southern District of Texas
F I L E D

MAY 20 2022

Nathan Ochsner, Clerk of Court

**United States of America**

**Plaintiff**

**V**                              Case #3:L21-cv-00304

**Ebere F.Amaechi-Akuechiama**

**Jude Akuechiama**

**Jeby Health Care Services Inc.**

**Defendants.**

## MOTION TO DENY AND DISMISS SUMMARY JUDGEMENT AND PERMANENT INJUNCTION BY CONSENT.

**We, the defendants, write to submit a motion to deny allegations and to have the permanent injunction by consent dismissed.**

- **The Plaintiff has no proof that we, the defendants, deliberately and purposely refused to pay taxes.**

- **The Plaintiff failed or refused to recognize that the first injunction against the defendants was vacated at the hearing of February 23rd 2022.**

- **The Plaintiff did not show proof that Jeby Health Care Services' unpaid taxes affected her competitors.**

- **The Plaintiff failed to inform the Court why the IRS agents refused numerous requests from Jeby Health Care Services for a payment plan to address what was owed.**

**On 11/01/2019, the Defendants attended an interview conducted by IRS agent Francisco J. Cabello. Ebere Akuechiama requested for a payment plan of $200.00(two hundred dollars) a month but Mr Cabello stated that it was too small. Ebere Akuechiama reiterated that due to current financial strain, $250.00(two hundred and fifty dollars) a month, and keeping current with the taxes was the best the defendants could do. The Defendant also informed Mr Cobello that the monthly payments will be increased once the business picks up.**

**Mr Cobello replied that he will get back to the defendants. He did not write this in the Form 4180 he**

2

filled out. Mrs Ebere Akuechiama wrote the payment plan on the Form 4180, on the 'comment' section but it is not on the form submitted here.

Mr Cobello was informed, during the interview, that the business was established in 2001. The Defendants have been law abiding citizens and have been current with their taxes ever since.

Prior to that, Mrs Ebere Akuechiama worked as an RN for 9 and a half years with the UTMB in Galveston.  Mr Jude Akuechiama, worked as a mechanic in several auto dealerships for almost the same amount of years. The defendants are not monsters as is portrayed in the Plaintiff's motion.

Hurricane Harvey inflicted crippling damages to the Defendants' properties, and the deaths of some of the defendants' clients, causing a huge financial loss. This resulted in the defendants having one group home foreclosed on, and recently being evicted from their homestead. Changes in Medicare method of payments adversely affected the financial stability of the defendants.

One of the Defendants' creditors, United Health Care suddenly stopped paying for services rendered from

3

September 2019 to December 2019. All efforts to get what the Defendants were owed proved abortive. The Defendants had to pay the attendants out of pocket during that harrowing period, and took the hard decision of discharging the patients under United Health Care. The Defendants lost approximately $20,000.00(twenty thousand dollars) of money owed.

The COVID-19 pandemic caused the loss of more clients, with surviving clients understandably, refusing visits out of fear; thus causing more financial losses as the defendants can only bill and expect to be paid per visit.

The Defendants are representing themselves and the Company because they cannot afford the huge fees demanded by different Attorneys they have consulted. Such funds are better off in the coffers of the United States Treasury.

The Defendants were refused a payment plan and if said Defendants had failed in any payment plan option, then maybe, this court injunction would begin to make sense.

The IRS agent, Francisco Cobello filed asworn affidavit with a form not completed by the defendants so the figures he has there are baffling. He stated that the defendants owe 1120s for 2017 forgetting that the

4

company is an S Coorporation and therefore, any profit or loss in the IRS Form 1120s flows into the owners' IRS Form 1040. He also stated that the Defendants for for 940 which is not accurate.

At one time, the Defendants hired a CPA to help navigate and arrive at a compromise with the IRS. Copies of the Defendants' emails with the CPA are also enclosed as evidence. When he finally got in touch with Mr Cobello, after numerous attempts, the CPA was told that the case was on hold, due to the COVID-19 pandemic and Defendants never heard anything else till the law suit.

The Plaintiff Attorney's desire to forward copies of the injunction to Defendants' employees would yield no dividend except to tarnish the image of the Defendants' company, resulting in mass resignation. This would be, of course, to the advantage of of the competitors the Plaintiff mentioned in their injunction request.

The Plaintiff does not need an injunction to come to the defendants' office. IRS agents have always come to the place of business.

This permanent injunction the Plaintiff is seeking will only hamper the business from recovering, as it will be subject to inumerable audits; and would prevent the

owners from renewing their license next month from the Health and Human Services.

The notion that the permanent injunction will prevent Ebere Akuechiama and Jude Akuechiama from working on any other entity with controlling interest is based on malice and prejudice and has nothing to do with Jeby Health Care Services Inc.

We, the defendants wish to reiterate the points we have made.

- Mr Cobello did not include our request for a payment plan on the form 4180.

- Mr Cobello did not tell the defendants why the suggested payment plan was refused

- The DOJ Attorney refused our account of the hearing on February 23 2022 under Judge Edison.

- The DOJ Attorney has been hounding the Defendants incessantly with emails and registered letters making the Defendants feel harrassed and intimidated, and making them feel they have been targeted because of their ethnicity.

- The DOJ Attorney did not believe the defendants; in

spite of scanned copies to the effect, that tax deposits were made via EFTPS which the IRS highly recommended  for tax deposits.

- **The Plaintiff through their Attorney have demonstrated extreme prejudicial acts towards the Defendants by maliciously alluding that the Defendants stole from their employees and the Government.**

- **In a perfect world, everyone would pay their taxes timely. However, since this is not a perfect world, people and businesses do encounter adverse situations where financial obligations up to paying taxes may be affected.**

- **The DOJ Attorney, in his 381 pages of filing, failed to even mention that attempts were made by the Defendants to resolve the issue through a structured payment plan.**

- **The Defendants are unaware of how their indebtedness has any thing to do with their 'competitors' the DOJ Attorney mentioned in his filings.**

- **The DOJ Attorney Mr Perez has studiously avoided**

to even consider the facts that the Defendants had
been going through unfortunate hardship that
impacted their ability to keep current.

- The DOJ Attorney noted that mortgages for office
  was paid but failed to include that the Defendants
  were foreclosed on, and ultimately evicted from
  their home this year. If the defendants had money
  stored elsewhere as alleged by the Attorney, why
  would the Defendants allow the house they have
  lived in since 2005 to be foreclosed on?

- The DOJ Attorney should adhere to the ruling of
  Judge Edison who said that Ebere Akuechiama and
  Jude Akuechiama are not under any injunction and
  that such had been vacated. The DOJ Attorney has
  refused to believe the the account of the hearing.

- The Defendants do not have the werewithal to hire
  an Attorney as the few the Defendants approached
  charged astronomically high fees to represent the
  Defendants. To engage the services of an Attorney
  and pay their fees, could jeopardize the Defendants'
  ability to be up to date with tax deposits.

- The Defendants had already taken steps to be
  compliant. Since the business operating costs are

8

limited, Mrs Ebere Akuechiama will closely monitor all quarterly records and ensure any short fall payments are made.

- The permanent injunction the Plaintiffs are asking for; on the assumption that said Defendants are cheating their competitors and stealing from their employees, is malicious and prejudicial with the notion of permanently closing down the Defendants' business.

- This permanent injunction will prevent the Defendants from renewing the license which comes up in June 2022. It will also hamper them from getting loans from banks to expand the business.

The Defendants has had dealings with two IRS Agents before Mr Cobello. One was with a Mr Vidal who started issuing liens left, right and center before he finally agreed to talk to us. Mrs Lopez who preceded Mr Vidal made an attempt to work with us, but was transferred out of Houston. These communications was as a result of numerous calls, the Defendant, specifically, Mrs Akuechiama made to Ohio, the tax office, who referred her to the Houston Branch. Mr Vidal then told the defendants that he could no longer work on the case at

that moment, due to the Hurricane Harvey Disaster. The Defendants never heard from him after that until it was learnt that he too, had been transferred.

The Defendants, therefore, vehemently and rigorously disagree with Plaintiff's accusations that they (the Defendants) refused to file their taxes. A tax evader will not call the Ohio Headquarters to find out how to resolve tax issues but will instead, look for ways to totally not pay at all.

The DOJ Attorney should not paint the Defendants as dubious because of their ethnicity and countries of origin.The Defendants have been residents in Galveston County since 1997 when they migrated from the United Kingdom on a work visa sponsored by the UTMB before being granted permanent residence in the USA. Mrs Akuechiama is a Nigerian Navy Veteran, a perfectionist who with her husband, truly believed in the American Dream which can be achieved by working hard and being law abiding. She worked as a Registered Nurse till 2004 to be fully engaged in the Health care business and also on medical advice. These qualities are at variance with one whose main aim is to cheat employees and defraud the government.

The IRS should know that circumstances can change and they should know who genuinely wants to resolve issues instead of embarking on this manner of using a hammer to kill a tiny ant. This motion for injunction is a disguise to shut down a business that has been serving the Galveston County since 2001.

The Defendants are still in favor of a payment plan as they are current with their tax obligations for this past quarter. The DOJ Attorney does not want to believe that and has been under the impression that payments made via EFTPS are instantaneous. This permanent injunction he and the Plaintiffs are seeking means that they are not in favor of a payment plan and are only desirious to permanently shut the Defendants' business down.

Sometime in 2013, an auditor from HHSC came for the annual survey/audit of the Agency. The auditor could only give a minor citation no matter how well she tried to find reasons for more citations. After the survey, the auditor informed the Defendants that she really came to shut the business down but could not find any reason to do so. She informed the Defendants in confidence that a task force comprising HHSC (called DADS as at that time), FBI, OIG and the IRS was set up, primarily to shut down Nigerian owned businesses in Harris County. The

Defendants are in Galveston County, but as long as they had Nigerian names, they were included in the list. The Defendants were warned to be careful and vigilant as efforts would be made, one way or the other to shut them down. She said that all other government agencies would try and failing, they would rely on the IRS as the last resort.

From that time, the Defendants started getting unwelcome visits from staff of the HHSC almost on a monthly basis, even a few days after Hurricane Harvey.The Defendants' staff and clients started getting unwanted solicitations for information that would lead to having the Agency incriminated. They were also advised to  leave the Agency. After HHSC backed down, the OIG came with a request for client and employee records. The OIG investigator informed the Defendants that it was just a routine investigation and that the Defendants were not in trouble, nor was the investigation about them. The Defendants hired an attorney to help them with the case, especially when they will pop in every now and then 'just to say hello.' The Defendants' attorney had to tell them to communicate with him if any other thing was needed, but that did not stop them from coming until all the

employees and patients in whom they were querying about left the employ and services of the Agency.

The Plaintiff's blunt refusal to consider a payment plan is proof that nothing else is needed but complete dissolution of the Defendants' business

Mr Cabello did not include the Defendants' request for payment plan in Form 4180 which he filled himself. Mr Cobello later on, informed the Defendants through the CPA that there were other options he would work out with the Defendants' CPA as time went by. Apart from an email from the CPA informing the Defendants that Mr Cobello was on leave, and that another email signaled a break from investigations due to COVID 19, the Defendants never heard from Mr Cobello again till this present law suit.

The facts therefore remain as earlier stated:

- The Defendants did not consent to the injunction request.

- During the hearing on February 23 2022,the Defendants were given hearing dates on, March 2022, June 2022 and February 2023. The Defendants are looking forward to their day in court. The

Defendants were informed that their was no injunction imposed on the Defendants.

- Both parties were told to endeavor to settle out of court. DOJ Attorney Perez disputed account of the proceedings and refused to obtain transcripts of the court proceedings for verification. Instead, he sent the Defendants a long list of questions that he said require a yes or no answer. The questions were rather convoluted in nature that answering them could incriminate the Defendants so they had no choice but to invoke their 5th amendment as United States citizens. He sent another list of questions with figures and forms that the Defendants supposedly filled out and signed. Said form were filled out by Mr Cobello in his handwriting and nowhere did he write the Defendants' offer of a payment plan. Again, the Defendants pleaded the 5th.

- The Defendants never heard from Mr Cobello after the interview he conducted. The Defendants CPA also complained about how hard it was to get the IRS Agent on the phone as they rarely ever call back except to give notice of numerous liens filed.

- **The DOJ Attorney refused to believe that the Defendants were making real efforts to remain compliant and current and has cast aspersions on the efficacy of the EFTPS, a system highly recommended by his clients, the Plaintiff for tax deposits.**

- **Attached are emails between the Defendant and their CPA showing how eager the Defendants were in trying to reach a compromise in resolving the tax problems.**

**The Defendants respectfully submit this motion and to humbly ask the court to allow them to continue keeping current without unneccessary harassments from the Plaintiffs.**

**From:** jebyhealthcare@aol.com,
**To:** henryk@henrykcpa.com,
**Cc:** jebyhealthcare@aol.com, judeby@aol.com,
**Subject:** Re: IRS Case Update
**Date:** Thu, May 5, 2022 12:12 pm

---

Sent from the all new AOL app for iOS

On Wednesday, March 18, 2020, 2:44 PM, Henry K CPA <henryk@henrykcpa.com> wrote:

Hi Ebere,

I spoke with your Revenue Officer and requested he release those levies but he will not even consider it until you have filed the outstanding tax returns:

- 2019 4th Qtr 941
- 2019 Form 940
- 2019 Form 1120

Please prepare and file these tax returns and send me a copy of them so I can make your Revenue Office aware that then have been filed.  Only then will he consider releasing the levies.

Henry Kjellander, CPA, EA
Henry James Kjellander III, CPA
One Riverway Suite 1700
Houston, TX  77056
Office: 832-506-5036
Cell: 832-506-7081
Fax: 832-239-5252
www.henrykcpa.com

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

-------- Original Message --------
Subject: Re: IRS Case Update
From: jebyhealthcare@aol.com
Date: Thu, March 12, 2020 1:30 pm
To: henryk@henrykcpa.com

  We don't have money coming in because his levy and lien. He needs to remove the levy and lien on Palmetto GBA, United Healthcare and Molina so that we can start getting paid for services rendered. Also the lien on our properties, the lien is preventing me from getting a loan.

Thanks.

Ebere Amaechi-Akuechiama.

-----Original Message-----
From: Henry K CPA <henryk@henrykcpa.com>
To: jebyhealthcare@aol.com <jebyhealthcare@aol.com>
Cc: Amanda Kiouses <amanda@henrykcpa.com>
Sent: Thu, Mar 12, 2020 12:01 pm
Subject: IRS Case Update

Hi Ebere,

I spoke with your Revenue Officer this morning.  He is willing to work with us but only if you start making your payroll tax deposits each week.  We must send him the payment confirmation and payroll report for each tax deposit you make from here on out so please send those to me as soon as you make the tax deposit.

He also said you had some outstanding returns.  The following returns need to be file so please forward me copies once they have been filed:

- 2019 4th Qtr 941
- 2019 Form 940
- 2019 Form 1120

Please let me know if you have any questions.

Henry Kjellander, CPA, EA
Henry James Kjellander III, CPA
One Riverway Suite 1700
Houston, TX  77056
Office: 832-506-5036
Cell: 832-506-7081
Fax: 832-239-5252
www.henrykcpa.com

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** jebyhealthcare@aol.com,

**To:** henryk@henrykcpa.com,

**Cc:** jebyhealthcare@aol.com, judeby@aol.com,

**Subject:** Re: IR-2020-59: IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts, suspends key compliance programs

**Date:** Thu, May 5, 2022 12:11 pm

---

Lawsuit Print for our response.


<u>Sent from the all new AOL app for iOS</u>


On Monday, April 20, 2020, 1:42 PM, Henry K CPA <henryk@henrykcpa.com> wrote:

Hi Ebere,

The IRS is now backing off your case until July 15th at the earliest so there is no need to worry about any more levies until then. When we come closer to July 15th, I will need to collect more current financial information from you to see how COVID-19 has impacted your business.

Henry Kjellander, CPA, EA
Henry James Kjellander III, CPA
One Riverway Suite 1700
Houston, TX 77056
Office: 832-506-5036
Cell: 832-506-7081
Fax: 832-239-5252
www.henrykcpa.com

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.


-------- Original Message --------
Subject: Re: IR-2020-59: IRS unveils new People First Initiative;
COVID-19 effort temporarily adjusts, suspends key compliance programs
From: jebyhealthcare@aol.com
Date: Thu, March 26, 2020 4:04 am
To: henryk@henrykcpa.com

  After we file our taxes can the Agent please give us monthly installment or backing off for at least a year to help us revive our business. As this
COVID-19 have added another layer of hardship with clients refusing in house services due to fear of getting the virus.

Thanks.

Ebere Akuechiama RN.

5/19/22, 11:49 AM   IR-2020-59: IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts, suspends key compliance programs

Case 3:21-cv-00850-X   Document 21   Filed 05/20/22   Page 19 of 42

-----Original Message-----
From: IRS Newswire <irs@service.govdelivery.com>
To: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Wed, Mar 25, 2020 12:37 pm
Subject: IR-2020-59: IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts,
suspends key compliance programs

☒ SHARE



| IRS Newswire | March 25, 2020 |
|---|---|

### News Essentials

What's Hot
News Releases
IRS - The Basics
IRS Guidance
Media Contacts
Facts & Figures
Around The Nation
e-News Subscriptions

### The Newsroom Topics

Multimedia Center
Noticias en Español
Radio PSAs
Tax Scams
The Tax Gap
Fact Sheets
IRS Tax Tips
Armed Forces
Latest News Home

### IRS Resources

Compliance & Enforcement
Contact My Local Office
Filing Options
Forms & Instructions
Frequently Asked Questions
News
Taxpayer Advocate
Where to File
IRS Social Media

**Issue Number:    IR-2020-59**

**Inside This Issue**

**IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts, suspends key compliance programs**
WASHINGTON – To help people facing the challenges of COVID-19 issues, the Internal Revenue Service announced today a sweeping series of steps to assist taxpayers by providing relief on a variety of issues ranging from easing payment guidelines to postponing compliance actions.
"The IRS is taking extraordinary steps to help the people of our country," said IRS Commissioner Chuck Rettig. "In addition to extending tax deadlines and working on new legislation, the IRS is pursuing unprecedented actions to ease the burden on people facing tax issues. During this difficult time, we want people working together, focused on their well-being, helping each other and others less fortunate."
"The new IRS People First Initiative provides immediate relief to help people facing uncertainty over taxes," Rettig added "We are temporarily adjusting our processes to help people and businesses during these uncertain times. We are facing this together, and we want to be part of the solution to improve the lives of all people in our country."
These new changes include issues ranging from postponing certain payments related to Installment Agreements and Offers in Compromise to collection and limiting certain enforcement actions. The IRS will be temporarily modifying the following activities as soon as possible; the projected start date will be April 1 and the effort will initially run through July 15. During this period, to the maximum extent possible, the IRS will avoid in-person contacts. However, the IRS will continue to take steps where necessary to protect all applicable statutes of limitations.
"IRS employees care about our people and our country, and they have a strong desire to help improve this situation," Rettig said. "These new actions reflect just one of many ways our employees are working hard every day to assist the nation. We care, a lot. IRS employees are actively engaged, and they have always delivered for their communities and our country. The People First Initiative is designed to help people take care of themselves and is a key part of our ongoing response to the coronavirus effort."
More specifics about the implementation of these provisions will be shared soon. Highlights of the key actions in the IRS People First Initiative include:
**Existing Installment Agreements** – For taxpayers under an existing Installment Agreement, payments due between April 1 and July 15, 2020 are suspended. Taxpayers who are currently unable to comply with the terms of an Installment Payment Agreement, including a Direct Deposit Installment Agreement, may suspend payments during this period if they prefer. Furthermore, the IRS will not default any Installment Agreements during this period. By law, interest will continue to accrue on any unpaid balances.

5/19/22, 11:49 AM    IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts, suspends key compliance programs

Case 3:21-cv-00083-RS    Document 27    Filed 05/20/22    Page 20 of 42

**New Installment Agreements** – The IRS reminds people unable to fully pay their federal taxes that they can resolve outstanding liabilities by entering into a monthly payment agreement with the IRS. See <u>IRS.gov</u> for further information.

**Offers in Compromise (OIC)** – The IRS is taking several steps to assist taxpayers in various stages of the OIC process:

- **Pending OIC applications** – The IRS will allow taxpayers until July 15 to provide requested additional information to support a pending OIC. In addition, the IRS will not close any pending OIC request before July 15, 2020, without the taxpayer's consent.
- **OIC Payments** – Taxpayers have the option of suspending all payments on accepted OICs until July 15, 2020, although by law interest will continue to accrue on any unpaid balances.
- **Delinquent Return Filings** - The IRS will not default an OIC for those taxpayers who are delinquent in filing their tax return for tax year 2018. However, taxpayers should file any delinquent 2018 return (and their 2019 return) on or before July 15, 2020.
- **New OIC Applications** – The IRS reminds people facing a liability exceeding their net worth that the OIC process is designed to resolve outstanding tax liabilities by providing a "Fresh Start." Further information is available at <u>IRS.gov</u>

**Non-Filers** –The IRS reminds people who have not filed their return for tax years before 2019 that they should file their delinquent returns. More than 1 million households that haven't filed tax returns during the last three years are actually owed refunds; they still have time to claim these refunds. Many should consider contacting a tax professional to consider various available options since the time to receive such refunds is limited by statute. Once delinquent returns have been filed, taxpayers with a tax liability should consider taking the opportunity to resolve any outstanding liabilities by entering into an Installment Agreement or an Offer in Compromise with the IRS to obtain a "Fresh Start." See <u>IRS.gov</u> for further information.

**Field Collection Activities** - Liens and levies (including any seizures of a personal residence) initiated by field revenue officers will be suspended during this period. However, field revenue officers will continue to pursue high-income non-filers and perform other similar activities where warranted.

**Automated Liens and Levies** – New automatic, systemic liens and levies will be suspended during this period.

**Passport Certifications to the State Department** – IRS will suspend new certifications to the Department of State for taxpayers who are "seriously delinquent" during this period. These taxpayers are encouraged to submit a request for an Installment Agreement or, if applicable, an OIC during this period. Certification prevents taxpayers from receiving or renewing passports.

**Private Debt Collection** – New delinquent accounts will not be forwarded by the IRS to private collection agencies to work during this period.

**Field, Office and Correspondence Audits** – During this period, the IRS will generally not start new field, office and correspondence examinations. We will continue to work refund claims where possible, without in-person contact. However, the IRS may start new examinations where deemed necessary to protect the government's interest in preserving the applicable statute of limitations.

- **In-Person Meetings** - In-person meetings regarding current field, office and correspondence examinations will be suspended. Even though IRS examiners will not hold in-person meetings, they will continue their examinations remotely, where possible. To facilitate the progress of open examinations, taxpayers are encouraged to respond to any requests for information they already have received - or may receive - on all examination activity during this period if they are able to do so.
- **Unique Situations** - Particularly for some corporate and business taxpayers, the IRS understands that there may be instances where the taxpayers desire to begin an examination while people and records

5/19/22, 11:49 AM                    Re: IR-2020-59: IRS unveils new People First Initiative; COVID-19 effort temporarily adjusts, suspends key compliance programs

Case 3:21-cv-20063-BRM-DEA Document 21 Filed 05/20/22 Page 21 of 42

are available and respective staffs have capacity. In those instances when it's in the best interest of both parties and appropriate personnel are available, the IRS may initiate activities to move forward with an examination -- understanding that COVID-19 developments could later reduce activities for an agreed period.

- **General Requests for Information** - In addition to compliance activities and examinations, the IRS encourages taxpayers to respond to any other IRS correspondence requesting additional information during this time if possible.

**Earned Income Tax Credit and Wage Verification Reviews** – Taxpayers have until July 15, 2020, to respond to the IRS to verify that they qualify for the Earned Income Tax Credit or to verify their income. These taxpayers are encouraged to exercise their best efforts to obtain and submit all requested information, and if unable to do so, please reach out to the IRS indicating the reason such information is not available. Until July 15, 2020, the IRS will not deny these credits for a failure to provide requested information.

**Independent Office of Appeals** – Appeals employees will continue to work their cases. Although Appeals is not currently holding in-person conferences with taxpayers, conferences may be held over the telephone or by videoconference. Taxpayers are encouraged to promptly respond to any outstanding requests for information for all cases in the Independent Office of Appeals.

**Statute of Limitations** - The IRS will continue to take steps where necessary to protect all applicable statutes of limitations. In instances where statute expirations might be jeopardized during this period, taxpayers are encouraged to cooperate in extending such statutes. Otherwise, the IRS will issue Notices of Deficiency and pursue other similar actions to protect the interests of the government in preserving such statutes. Where a statutory period is not set to expire during 2020, the IRS is unlikely to pursue the foregoing actions until at least July 15, 2020.

**Practitioner Priority Service** – Practitioners are reminded that, depending on staffing levels and allocations going forward, there may be more significant wait times for the PPS. The IRS will continue to monitor this as situations develop.

"The IRS will continue to review and, where appropriate, modify or expand the People First Initiative as we continue reviewing our programs and receive feedback from others," Rettig said. "We are committed to helping people get through this period, and our employees will remain focused on these and other helpful efforts in the days and weeks ahead. I ask for your personal support, your understanding – and your patience – as we navigate our way forward together. Stay safe and take care of your families, friends and others."

<u>Back to Top</u>



Thank you for subscribing to the IRS Newswire, an IRS e-mail service.
If you know someone who might want to subscribe to this mailing list, please forward this message to them so they can subscribe.
This message was distributed automatically from the mailing list IRS Newswire. **Please Do Not Reply To This Message.**

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by the Internal Revenue Service (IRS).

This email was sent to jebyhealthcare@aol.com by: Internal Revenue Service (IRS) · Internal Revenue Service · 1111 Constitution Ave. N.W. · Washington DC 20535                                                    **GOVDELIVERY**

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Plea for Help from Congressman Randy Weber
**Date:** Thu, May 19, 2022 8:06 pm
**Attachments:**

---

If we don't want to pay our taxes we will not be looking for help everywhere.
Ebere Akuechiama.

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: Bradie.Burnett <Bradie.Burnett@mail.house.gov>
Sent: Sat, Sep 14, 2019 9:58 am
Subject: Plea for Help from Congressman Randy Weber

Dear Bradie Burnett,
   We are ready now for our tax resolution as the IRS Agent have transferred the unemployment taxes we owe on us as a person. He refused giving us a payment plan instead he conducted extensive investigation on us and have made us personally responsible for the taxes owed by our business. So we are now ready for someone to help us resolve our tax problems as things have become more difficult for us due to persecution by unknown persons out to destroy us.
   We have been under enormous persecution by the local HHSC services here in Galveston county that have refused to refer or transfer clients to our home health business. I been contacted by a lot of clients who said their caseworkers or case managers refused to transfer them to our services. Right now I have three clients who have been asking their case managers to transfer them to our home health but they are getting the run around from their care managers. Not getting clients from the Health and Human Services Commission is negatively affecting the business finances. Right now our house have been foreclosed and we are facing eviction as the mortgage company refused to modify our mortgage or help us in anyway since after 2017 hurricane Harvey hardship compounded by unknown forces working to close us down. We need help! We were denied all forms of help after hurricane Harvey for our business and ourselves. FEMA refused us assistance and our home insurance company refused to re roofing our house. All we did was to patch  the roof and praying every day that no storm should head this way. We were denied the SBA loan to rebuild our business. We would have managed if we were getting clients from the Health and Human Services for Galveston county. Please let our congressman help us as I am among his voters. My home health and HCS group home is in Galveston county but they added me to the agencies been investigated with intention to shut them down because I have a Nigerian name. But I run a clean and God fearing business it is not fair to strangulate my business. The Health and Human Services Commission seized by Home Health license since 2018 with no explanation given to me till now but I was asked to continue operations. Please help me in Jesus name, Amen!

Ebere Amaechi-Akuechiama RN.

-----Original Message-----
From: Burnett, Bradie <Bradie.Burnett@mail.house.gov>
To: jebyhealthcare@aol.com <jebyhealthcare@aol.com>
Sent: Tue, Dec 11, 2018 4:18 pm
Subject: RE: Congressman Randy Weber's Privacy Act Form

Dear Ebere,

I just spoke with Tax Payer Advocates Services. They have informed me of the documents they will be needing in order to move forward with the case.
   1.    You will need to file form 433A – attach all financial documents (one year) (monthly bills) ex: mortgage statements, electric bills, credit card statements, etc.
   2.    2017 tax returns need to be completed and filed.
Once they have received this information they will then be able to send to a revenue officer in order to set up a payment plan. Please note this is only on your personal home not your business.

Case number: 6735772 – Direct Fax to send the documents: 877-514-1509

If you have any further questions please let me know.

Thank you,
*Ms.Bradie Burnett*
Field Representative
Congressman Randy Weber

14th District, Texas
174 Calder Rd., Suite 150
League City, TX 77573
(281) 316-0231
(281) 316-0271 FAX
Website | Twitter | Facebook
*Click here to sign up for Congressman Weber's newsletters*

**From:** jebyhealthcare@aol.com <jebyhealthcare@aol.com>
**Sent:** Friday, November 30, 2018 4:36 PM
**To:** Burnett, Bradie <Bradie.Burnett@mail.house.gov>
**Subject:** Re: Congressman Randy Weber's Privacy Act Form

-----Original Message-----
From: Burnett, Bradie <Bradie.Burnett@mail.house.gov>
To: jebyhealthcare@aol.com <jebyhealthcare@aol.com>
Sent: Wed, Nov 28, 2018 2:08 pm
Subject: Congressman Randy Weber's Privacy Act Form



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3605

Dear Ebere,

Thank you for contacting Congressman Randy Weber concerning your plight. Enclosed please find a Privacy Act Form which is in accordance with the Privacy Act of 1974. This form gives authorization to Congressman Weber and his staff to work on your behalf.

Please state concisely the problems you are experiencing so our office can best direct your issue to the appropriate federal agency. Once you have completed this form, please return to the address listed. Note: Do not write "See Attached" in paragraphs.

Again, thank you for contacting Congressman Randy Weber. Please do not hesitate to contact our office by phone at (281) 316-0231, by facsimilie at (281) 316-0271, or by mail at 174 Calder Road, Suite 150 League City, TX 77573.

Sincerely,

*Ms.Bradie Burnett*
Field Representative
Congressman Randy Weber
14th District, Texas
174 Calder Rd., Suite 150

League City, TX 77573
(281) 316-0231
(281) 316-0271 FAX
Website | Twitter | Facebook

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Following Up
**Date:** Thu, May 19, 2022 6:58 pm
**Attachments:**

---

Sent from the all new AOL app for iOS

On Wednesday, May 23, 2018, 11:13 AM, Shawnee Brady <shawnee.Brady@taxdefensenetwork.com> wrote:

Ebere,

We have been leaving voicemails for the Revenue Officer, but he has not returned our call as of now.

In regards to the Tax credit, the only way to take advantage of the credit is to amend the business returns to include the credit. You cannot amend the returns that have been audited. We have the records from the IRS that indicate that the 2011-2013 returns were audited. In order to move forward with your case and complete the audit analysis, we would need copies of the business and personal returns for 2011-2013. We can advise if a response to the audit can be made for years that were audited.

Tax Defense Network is not currently contracted to amend the tax returns for 2014-2016. Also the IRS has no record of your 2017 1120s or the 2017 1040. These are required for compliance as well as the employment returns and deposits to get into a resolution for both the business and Personal balances.

As well as the documents you sent in your last email are blank. I am not able to prepare the financial information that the Revenue Officer is going to be requesting. I have attached the list of the information we are needing to move forward with your case.

1. Completed Financial Disclosure Forms (attached)
2. Last 3 months bank statements (All pages, all accounts, Personal and Business)
3. Profit and Loss statement, Asset list, and Balance Sheet for the business. (2017 full year and 2018 YTD)
4. Copy of the 2017 1120S and the 1040 once completed (Please ensure these are signed and dated)
5. Signed Copy of the 2018 1st Quarter 941 Payroll return
6. Proof of Federal Tax Deposits for the 2nd Quarter 2018. (Please send the confirmation to me each time you make a deposit on EFTPS moving forward)

Please let me know if you have any additional questions.



**tax defense**
NETWORK

# Shawnee Brady
*Senior Tax Analyst*

9000 Southside Blvd. Suite 11000, Jacksonville FL 32256
**Direct:** (904) 421-4432 | **Phone:** (888) 829-0563 x493 | **Fax:** (877) 413-6073
**Email:** shawnee.brady@taxdefensenetwork.com

*Student Loan problem? Find your Solver.*

**From:** jebyhealthcare@aol.com [mailto:jebyhealthcare@aol.com]
**Sent:** Monday, May 14, 2018 7:19 PM
**To:** Shawnee Brady <shawnee.Brady@taxdefensenetwork.com>; yawokore-adjei@sbcglobal.net; EBYJUD@aol.com; jebyhealthcare@aol.com
**Subject:** Fwd: Following Up

Brady,

   I am forwarding your request to Yaw our accounting persons for years now. Him and Jude will be your contact person. Jude's phone # 832 725 3932.
We were not able to file our tax last week due to out cost report filing. Right now we are on vendor hold on our PHC contract. So we are not able to make any deposits. I think you should proceed with contacting Mr Agent and hear what he has to say because he filled this lien after we spoke. Right now our option is to use our uncliamed small business tax creidt to pay off this tax lien on JHCS, Inc.

Thanks.

Ebere.

-----Original Message-----
From: Shawnee Brady <shawnee.brady@taxdefensenetwork.com>
To: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Thu, May 10, 2018 10:39 am
Subject: Following Up

Ebere,

Thank you for speaking with me today regarding your case. As we discussed, there is a ton of financial information I will need to get from you to begin working on the Financial Statements. If you have any questions on what is needed please do not hesitate to reach out to me.

1. Completed Financial Disclosure Forms (attached)

2. Last 3 months bank statements (All pages, all accounts, Personal and Business)

3. Profit and Loss statement, Asset list, and Balance Sheet for the business. (2017 full year and 2018 YTD)

4. Copy of the 2017 1120S and the 140 once completed (Please ensure these are signed and dated)

5. Signed Copy of the 2018 1st Quarter 941 Payroll return

6. Proof of Federal Tax Deposits for the 2nd Quarter 2018. (Please send the confirmation to me each time you make a deposit on EFTPS moving forward)

Please send this information as soon as possible so that we will be able to begin compiling the financial statements to get the business and your personal account into a resolution.

Thank you,

# Shawnee Brady

*Senior Tax Analyst*



9000 Southside Blvd. Suite 11000 Jacksonville, FL 32256

**Direct:** (904) 421-4432 | **Fax:** (877) 413-6073 | **Phone:** (888) 829-0563 ext 493

**Email:** shawnee.brady@taxdefensenetwork.com

*Student Loan problem? Find your Solver.*

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: IRS Tax lien and garnishment
**Date:** Thu, May 19, 2022 6:57 pm
**Attachments:**

Sent from the all new AOL app for iOS

On Thursday, May 24, 2018, 9:10 AM, Shawnee Brady <shawnee.Brady@taxdefensenetwork.com> wrote:

As I said in my previous email. We are trying to reach the Revenue Officer assigned your case. The moment they return our call I would be happy to discuss moving forward with you. We are continuing to follow up daily to get in contact with the Revenue Officer.

I have attached the Service Agreement you signed with Tax Defense Network that details the services we are to perform.

The documents that were attached to your previous email are Financial Disclosure Forms. They were attached but not filled out.

In order for me to assist with the issue you are experiencing, I need the financial information I have been requesting in order to supply this information to the Revenue Officer to have the Levy released. If you wish to not provide this information that I have been requesting, we will be unable to submit a request for levy reduction or release.

I understand what you are wanting to do with the amending to include the Small Business tax credit, but simply telling the revenue officer that you wish to exercise the credit will not assist in getting you into a resolution.

Please provide the financial information as soon as possible so we would be able to move forward with your case.

Thank you.



# Shawnee Brady
*Senior Tax Analyst*

## tax defense
### NETWORK

9000 Southside Blvd. Suite 11000, Jacksonville FL 32256
**Direct:** (904) 421-4432 | **Phone:** (888) 829-0563 x493 | **Fax:** (877) 413-6073
**Email:** shawnee.brady@taxdefensenetwork.com

*Student Loan problem? Find your Solver.*

**From:** jebyhealthcare@aol.com [mailto:jebyhealthcare@aol.com]
**Sent:** Thursday, May 24, 2018 12:47 AM
**To:** jebyhealthcare@aol.com; Shawnee Brady <shawnee.Brady@taxdefensenetwork.com>
**Subject:** Fwd: IRS Tax lien and garnishment

Shawnee, this is the mail sent to you. The tax letter is not plain sheet. I just opened it. We need to know as soon as possible if you are able handle our case or not. I am getting tired of being told different excuses all the time.

Thanks.

Ebere.

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: shawnee.brady <shawnee.brady@taxdefensenetwork.com>
Cc: JEBYHEALTHCARE <JEBYHEALTHCARE@aol.com>
Sent: Fri, May 11, 2018 1:54 pm
Subject: IRS Tax lien and garnishment

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: IRS Tax lien and garnishment
**Date:** Thu, May 19, 2022 6:56 pm
**Attachments:**

From below email one can see the inability of our CPA making contact with the IRS agent. Once they file lien and garnishment they disappear.
Until a new agent comes and repeat filing lien and garnishment and disappear as well.
So it is false to say we don't want to pay our taxes and that we are cheating our competitors whoever they are that the DOJ Attorney was referring to.

Ebere Akuechiama.

-----Original Message-----
From: Shawnee Brady <shawnee.Brady@taxdefensenetwork.com>
To: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Thu, May 24, 2018 9:10 am
Subject: RE: IRS Tax lien and garnishment

As I said in my previous email. We are trying to reach the Revenue Officer assigned your case. The moment they return our call I would be happy to discuss moving forward with you. We are continuing to follow up daily to get in contact with the Revenue Officer.

I have attached the Service Agreement you signed with Tax Defense Network that details the services we are to perform.

The documents that were attached to your previous email are Financial Disclosure Forms. They were attached but not filled out.

In order for me to assist with the issue you are experiencing, I need the financial information I have been requesting in order to supply this information to the Revenue Officer to have the Levy released. If you wish to not provide this information that I have been requesting, we will be unable to submit a request for levy reduction or release.

I understand what you are wanting to do with the amending to include the Small Business tax credit, but simply telling the revenue officer that you wish to exercise the credit will not assist in getting you into a resolution.

Please provide the financial information as soon as possible so we would be able to move forward with your case.

Thank you.

## Shawnee Brady
*Senior Tax Analyst*

9000 Southside Blvd. Suite 11000, Jacksonville FL 32256
**Direct:** (904) 421-4432 | **Phone:** (888) 829-0563 x493 | **Fax:** (877) 413-



**tax defense**
NETWORK

6073
**Email:** shawnee.brady@taxdefensenetwork.com

*Student Loan problem? Find your Solver.*

**From:** jebyhealthcare@aol.com [mailto:jebyhealthcare@aol.com]
**Sent:** Thursday, May 24, 2018 12:47 AM
**To:** jebyhealthcare@aol.com; Shawnee Brady <shawnee.Brady@taxdefensenetwork.com>
**Subject:** Fwd: IRS Tax lien and garnishment

Shawnee, this is the mail sent to you. The tax letter is not plain sheet. I just opened it. We need to know as soon as possible if you are able handle our case or not. I am getting tired of being told different excuses all the time.

Thanks.

Ebere.


-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: shawnee.brady <shawnee.brady@taxdefensenetwork.com>
Cc: JEBYHEALTHCARE <JEBYHEALTHCARE@aol.com>
Sent: Fri, May 11, 2018 1:54 pm
Subject: IRS Tax lien and garnishment

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Transferring of our Agency clients to another Agency telling the clients our Agency is closing
**Date:** Thu, May 19, 2022 6:41 pm

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: jebyhealthcare <jebyhealthcare@aol.com>; tbrooks <tbrooks@brooksacevedo.com>
Sent: Thu, May 3, 2018 9:17 am
Subject: Transferring of our Agency clients to another Agency telling the clients our Agency is closing

Dear Attorney Brooks, This for your information.

We are losing clients. Case workers at DADS office in Texas City and Galveston are going around and trying/transferring our clients to Texas home health. They are telling the clients that we are going to be shot down. Their names are Ladonna Grice and Belinda Hernandez. We have not received any such letter. The only mail we received from DADS is our license renewal package which I am working on. Some of our clients refused to transfer stating they will go down with Jeby and reported the solicitation to us. This means no new referral is being sent to us both for our PHC and HCS programs. This is making it difficult for us to recover from the adverse effects of hurricane Harvey. I know they have a biase towards my Agency since 2004 when I got my contract if compare my census with other nearby Agencies you will notice I have the least clients. Out of my limited census they are transferring clients to their "preferred Agency" as FNP Witt from UTMB Galveston told me in 2002 that they have a 'preferred Agencies' which are SIGMA and Texas Home Health. The 'preferred Agency' to Mainland Regional Hospital in Texas City is AMED Home Health. They get taken on cruise and some of them are on payroll at this agencies. Like Mrs Pondester Witt who sends all her patients to SIGMA. So smaller agencies like us get left in the cold. Some of the caseworkers get hired once they retire.

All I want is for the caseworkers to leave my clients alone. It is a different thing if a client request to be transferred. Not for the caseworkers lie to my clients that I am going to be shot down. By who? why don't I have the letter, if there is such a letter.

Thanks.

Ebere Amaechi-Akuechiama RN
Administrator/DON.
Jeby Health Care Services, Inc

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Non payment for Services since Sept. 1st 2019.
**Date:** Thu, May 19, 2022 2:41 pm

Sent from the all new AOL app for iOS

On Friday, November 22, 2019, 2:20 PM, Grono, Pete <pete_grono@uhc.com> wrote:

Jose, Ebere called today. Her claim problems started 9/1. I do not see that her AGID has been one of the problems detected.

Please review this email review the provider record in ndb and call me this afternoon

Peter Grono, MBA
Director Network Management
United Healthcare, South Texas
2000 West Loop South, Suite 900
Houston, TX 77027
**713.418.6373** Office
855-686-5467 Fax
Pete_Grono@uhc.com

*"This email message is not a contract. Entering into a binding agreement or amendment requires a paper document signed in ink by both parties."*

**From:** jebyhealthcare@aol.com [mailto:jebyhealthcare@aol.com]
**Sent:** Wednesday, November 20, 2019 8:02 PM
**To:** Garza, Jose; Grono, Pete
**Cc:** jebyhealthcare@aol.com
**Subject:** Non payment for Services since Sept. 1st 2019.

Dear Mr Garza,

I hope you have had time to review the Agency case. We are really desperate for our money, our house have been set for foreclosure because we could not make our mortgage payments as we have to pay the attendants who dutifully cared for your members. Small Agencies like me need all the money we make.
TWC have today seized the payment I am expecting from my PHC clients.
It looks like someone is really out to hurt my business and family.
I am sure the HHSC have paid UHC for these claims that UHC is refusing to me.
This is not the first time I have suffered this ill treatment from UHC.
They did same thing in 2017 and 2015 then they even refused to pay me for IV antibiotics we administered daily to a client that lived across the ferry, my nurse was riding the ferry every day for two weeks at the end UHC refused to pay me till today. Another client was a post knee replacement that I provided Physical therapy, nursing and home health aide, UHC still refused to pay me till today. As a small Agency I don't have extra resource to chase down UHC for payments. UHC should be responsible enough to make sure they pay Agencies that provided care to their members.

Since 1st of Sept. 2019 I have not been paid, my remaining clients have refused to transfer to the bigger Agencies that UHC prefer.

Since Sept all myself and my husband who is the Alternate Administrator have done is to call UHC and the members have been calling too. We have spoken to more than 30 UHC staff and all of them have different answers.

The lady at credentialing said my contract terminated December 2017 that UHC got a letter from TMHP to terminate my contract that TMHP was not going to renew my contract or something like that. I called TMHP they denied ever writing a letter to UHC. So something fishy is really going on at UHC here in Harris/Galveston counties. Because one of the clients on my service chose my Agency from a list or something she was given by her caseworker called Penny, Penny refused to transfer her to my Agency telling the client that I was out of business. The lady called the Agency and told me what Ms Penny said and gave me Ms Penny's phone number. I called Ms Penny and asked her where she got that imformation from she started beating around the bush. I told her to stop her hostility to my Agency because this was not the first incident of Ms Penny refusing to send clients to my Agency. She stated I was out off network which was a lie because I called UHC Provider Relations and was told that I was in network that all Ms Penny needed to do was to key in my NPI number that it will show I am in network for Medicaid and Medicare. Could this be why I have been losing money caring for UHC clients.?. Then the lady at credentialing said I was in network with CHIP, MEDICAID but not STAR PLUS. That I have to credential for each of the programs under Medicaid, so I don't know how that works. She however gave me your name and number, and Mr Pete Grono name and number. She stated that both of you are responsible for reloading my contract for STAR PLUS. Please reload my contract for all programs under Medicaid to prevent this from happening again. like I said it had happened before and each time I loose clients. Three months is a long time to stay without getting paid. One of my clients said she received a letter from UHC stating that UHC will start paying for her services Dec. 1st. If that is true what will happen to services I have provided since 1st of Sept. 2019 ?

Please find out what the problem is and solve it for me once and for all. I desperately need my money, I have provided the services and paid the attendants.

**History of Jeby Health Care Services, Inc.**

Formed in 2001 as a DBA and incorporated June 2004.
Medicare certified Oct 29th 2002 with that I received my Medicare and Medicaid numbers.
2004 obtained PHC Contract.
2005 obtained HCS/TXHLM Contract
2005 obtained CBA Contract which rolled over to Evercare/UHC in 2007.
So I provide Skilled nursing, PT, OT, ST, MSW, H/aide, personal care or attendant services.
I have a group home here in League City where I provide residential services to Intelligently disabled individuals formerly known as mental retardation.
I provide respite care also.

So these are the services I provide directly or through contract staff.

Thanks.

Ebere Amaechi-Akuechiama RN.
ADM/DON/OWNER
Jeby Health Care Services, Inc.

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: Jose_garza <Jose_garza@uhc.com>
Cc: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Mon, Nov 18, 2019 11:47 pm
Subject: Re: out of network

Dear Mr Garza,

I am Ebere Amaechi-Akuechiama Administrator at Jeby Health Care Services, Inc. League City, TX 77573. We are a home health agency, we do personal care services, skilled nursing, PT, OT, ST, MSW, H. aide, group home for Intelligently disabled individuals.

I know we are in network. But was told today that we are out of network. I call provider relations and was told that we are in network for medicare and out of network for medicaid. I don't know how that happened since we have one NPI and tax id for the agency. This have adversely affected us because we not been paid for services we provided to your clients in our care since 1st of Sept. 2019. Our NPI # is 1609940410, tax id 30-0224420.

Please kindly assist us.

Thanks.

Ebere Amaechi-Akuechiama RN
Administrator.
phone 281 332 6569
cell 832 935 1466

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Non payment for Services since Sept. 1st 2019.
**Date:** Thu, May 19, 2022 2:39 pm

<u>Sent from the all new AOL app for iOS</u>

On Wednesday, November 20, 2019, 8:02 PM, jebyhealthcare@aol.com wrote:

Dear Mr Garza,

I hope you have had time to review the Agency case. We are really desperate for our money, our house have been set for foreclosure because we could not make our mortgage payments as we have to pay the attendants who dutifully cared for your members. Small Agencies like me need all the money we make. TWC have today seized the payment I am expecting from my PHC clients.
It looks like someone is really out to hurt my business and family.
I am sure the HHSC have paid UHC for these claims that UHC is refusing to me.
This is not the first time I have suffered this ill treatment from UHC.
They did same thing in 2017 and 2015 then they even refused to pay me for IV antibiotics we administered daily to a client that lived across the ferry, my nurse was riding the ferry every day for two weeks at the end UHC refused to pay me till today. Another client was a post knee replacement that I provided Physical therapy, nursing and home health aide, UHC still refused to pay me till today. As a small Agency I don't have extra resource to chase down UHC for payments. UHC should be responsible enough to make sure they pay Agencies that provided care to their members. Since 1st of Sept. 2019 I have not been paid, my remaining clients have refused to transfer to the bigger Agencies that UHC prefer.
Since Sept all myself and my husband who is the Alternate Administrator have done is to call UHC and the members have been calling too. We have spoken to more than 30 UHC staff and all of them have different answers.
The lady at credentialing said my contract terminated December 2017 that UHC got a letter from TMHP to terminate my contract that TMHP was not going to renew my contract or something like that. I called TMHP they denied ever writing a letter to UHC. So something fishy is really going on at UHC here in Harris/Galveston counties. Because one of the clients on my service chose my Agency from a list or something she was given by her caseworker called Penny, Penny refused to transfer her to my Agency telling the client that I was out of business. The lady called the Agency and told me what Ms Penny said and gave me Ms Penny's phone number. I called Ms Penny and asked her where she got that imformation from she started beating around the bush. I told her to stop her hostility to my Agency because this was not the first incident of Ms Penny refusing to send clients to my Agency. She stated I was out off network which was a lie because I called UHC Provider Relations and was told that I was in network that all Ms Penny needed to do was to key in my NPI number that it will show I am in network for Medicaid and Medicare. Could this be why I have been losing money caring for UHC clients.?. Then the lady at credentialing said I was in network with CHIP, MEDICAID but not STAR PLUS. That I have to credential for each of the programs under Medicaid, so I don't know how that works. She however gave me your name and number, and Mr Pete Grono name and number. She stated that both of you are responsible for reloading my contract for STAR PLUS. Please reload my contract for all programs under Medicaid to prevent this from happening again. like I said it had happened before and each time I loose clients. Three months is a long time to stay without getting paid. One of my clients said she received a letter from UHC stating that UHC will start paying for her services Dec. 1st. If that is true what will happen to services I have provided since 1st of Sept. 2019 ?.
Please find out what the problem is and solve it for me once and for all. I desperately need my money, I have provided the services and paid the attendants.

History of Jeby Health Care Services, Inc.

Formed in 2001 as a DBA and incorporated June 2004.
Medicare certified Oct 29th 2002 with that I received my Medicare and Medicaid numbers.
2004 obtained PHC Contract.
2005 obtained HCS/TXHLM Contract
2005 obtained CBA Contract which rolled over to Evercare/UHC in 2007.
So I provide Skilled nursing, PT, OT, ST, MSW, H/aide, personal care or attendant services.

I have a group home here in League City where I provide residential services to Intelligently disabled individuals formerly known as mental retardation.
I provide respite care also.

So these are the services I provide directly or through contract staff.

Thanks.

Ebere Amaechi-Akuechiama RN.
ADM/DON/OWNER
Jeby Health Care Services, Inc.

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: Jose_garza <Jose_garza@uhc.com>
Cc: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Mon, Nov 18, 2019 11:47 pm
Subject: Re: out of network

Dear Mr Garza,

I am Ebere Amaechi-Akuechiama Administrator at Jeby Health Care Services, Inc. League City, TX 77573.
We are a home health agency, we do personal care services, skilled nursing, PT, OT, ST, MSW, H. aide, group home for Intelligently disabled individuals.
I know we are in network. But was told today that we are out of network. I call provider relations and was told that we are in network for medicare and out of network for medicaid. I don't know how that happened since we have one NPI and tax id for the agency. This have adversely affected us because we not been paid for services we provided to your clients in our care since 1st of Sept. 2019. Our NPI # is 1609940410, tax id 30-0224420.
Please kindly assist us.

Thanks.

Ebere Amaechi-Akuechiama RN
Administrator.
phone 281 332 6569
cell 832 935 1466

**From:** jebyhealthcare@aol.com,
**To:** jebyhealthcare@aol.com,
**Subject:** Re: Non payment for Services since Sept. 1st 2019.
**Date:** Thu, May 19, 2022 2:35 pm

---

Sent from the all new AOL app for iOS

On Wednesday, December 4, 2019, 1:31 AM, jebyhealthcare@aol.com wrote:

Dear Mr Grono,

Our Agency issue is not resolved. We have still not being paid. Our Agency is a minority and black female 100% owned. We serve under privileged communities. I am told the hold up is from your office. That our Star Plus contract have to be reloaded. My rate of pay till 31st August 2019 is $11.50 an hour.
Please expedite the resolution so that we can get paid.

Thanks.

Ebere Amaechi-Akuechiama RN.

-----Original Message-----
From: Grono, Pete <pete_grono@uhc.com>
To: jebyhealthcare@aol.com <jebyhealthcare@aol.com>; Garza, Jose <jose_garza@uhc.com>
Sent: Fri, Nov 22, 2019 2:20 pm
Subject: RE: Non payment for Services since Sept. 1st 2019.

Jose, Ebere called today. Her claim problems started 9/1. I do not see that her AGID has been one of the problems detected.

Please review this email review the provider record in ndb and call me this afternoon

---

Peter Grono, MBA
Director Network Management
United Healthcare, South Texas
2000 West Loop South, Suite 900
Houston, TX 77027
**713.418.6373** Office
855-686-5467 Fax
Pete_Grono@uhc.com

*"This email message is not a contract. Entering into a binding agreement or amendment requires a paper document signed in ink by both parties."*

**From:** jebyhealthcare@aol.com [mailto:jebyhealthcare@aol.com]
**Sent:** Wednesday, November 20, 2019 8:02 PM
**To:** Garza, Jose; Grono, Pete
**Cc:** jebyhealthcare@aol.com
**Subject:** Non payment for Services since Sept. 1st 2019.

Dear Mr Garza,

I hope you have had time to review the Agency case. We are really desperate for our money, our house have been set for foreclosure because we could not make our mortgage payments as we have to pay the attendants who dutifully cared for your members. Small Agencies like me need all the money we make.

TWC have today seized the payment I am expecting from my PHC clients.

It looks like someone is really out to hurt my business and family.

I am sure the HHSC have paid UHC for these claims that UHC is refusing to me.

This is not the first time I have suffered this ill treatment from UHC.

They did same thing in 2017 and 2015 then they even refused to pay me for IV antibiotics we administered daily to a client that lived across the ferry, my nurse was riding the ferry every day for two weeks at the end UHC refused to pay me till today. Another client was a post knee replacement that I provided Physical therapy, nursing and home health aide, UHC still refused to pay me till today. As a small Agency I don't have extra resource to chase down UHC for payments. UHC should be responsible enough to make sure they pay Agencies that provided care to their members. Since 1st of Sept. 2019 I have not been paid, my remaining clients have refused to transfer to the bigger Agencies that UHC prefer.

Since Sept all myself and my husband who is the Alternate Administrator have done is to call UHC and the members have been calling too. We have spoken to more than 30 UHC staff and all of them have different answers.

The lady at credentialing said my contract terminated December 2017 that UHC got a letter from TMHP to terminate my contract that TMHP was not going to renew my contract or something like that. I called TMHP they denied ever writing a letter to UHC. So something fishy is really going on at UHC here in Harris/Galveston counties. Because one of the clients on my service chose my Agency from a list or something she was given by her caseworker called Penny, Penny refused to transfer her to my Agency telling the client that I was out of business. The lady called the Agency and told me what Ms Penny said and gave me Ms Penny's phone number. I called Ms Penny and asked her where she got that immformation from she started beating around the bush. I told her to stop her hostility to my Agency because this was not the first incident of Ms Penny refusing to send clients to my Agency. She stated I was out off network which was a lie because I called UHC Provider Relations and was told that I was in network that all Ms Penny needed to do was to key in my NPI number that it will show I am in network for Medicaid and Medicare. Could this be why I have been losing money caring for UHC clients.?. Then the lady at credentialing said I was in network with CHIP, MEDICAID but not STAR PLUS. That I have to credential for each of the programs under Medicaid, so I don't know how that works. She however gave me your name and number, and Mr Pete Grono name and number. She stated that both of you are responsible for reloading my contract for STAR PLUS. Please reload my contract for all programs under Medicaid to prevent this from happening again. like I said it had happened before and each time I loose clients. Three months is a long time to stay without getting paid. One of my clients said she received a letter from UHC stating that UHC will start paying for her services Dec. 1st. If that is true what will happen to services I have provided since 1st of Sept. 2019 ?

Please find out what the problem is and solve it for me once and for all. I desperately need my money, I have provided the services and paid the attendants.

## History of Jeby Health Care Services, Inc.

Formed in 2001 as a DBA and incorporated June 2004.

Medicare certified Oct 29th 2002 with that I received my Medicare and Medicaid numbers.

2004 obtained PHC Contract.

2005 obtained HCS/TXHLM Contract

2005 obtained CBA Contract which rolled over to Evercare/UHC in 2007.

So I provide Skilled nursing, PT, OT, ST, MSW, H/aide, personal care or attendant services.

I have a group home here in League City where I provide residential services to Intelligently disabled individuals formerly known as mental retardation.
I provide respite care also.

So these are the services I provide directly or through contract staff.

Thanks.

Ebere Amaechi-Akuechiama RN.
ADM/DON/OWNER
Jeby Health Care Services, Inc.

-----Original Message-----
From: jebyhealthcare <jebyhealthcare@aol.com>
To: Jose_garza <Jose_garza@uhc.com>
Cc: jebyhealthcare <jebyhealthcare@aol.com>
Sent: Mon, Nov 18, 2019 11:47 pm
Subject: Re: out of network

Dear Mr Garza,

   I am Ebere Amaechi-Akuechiama Administrator at Jeby Health Care Services, Inc. League City, TX 77573. We are a home health agency, we do personal care services, skilled nursing, PT, OT, ST, MSW, H. aide, group home for Intelligently disabled individuals.
   I know we are in network. But was told today that we are out of network. I call provider relations and was told that we are in network for medicare and out of network for medicaid. I don't know how that happened  since we have one NPI and tax id for the agency. This have adversely affected us because we not been paid for services we provided to your clients in our care since 1st of Sept. 2019. Our NPI # is 1609940410, tax id 30-0224420.
   Please kindly assist us.

Thanks.

Ebere Amaechi-Akuechiama RN
Administrator.
phone 281 332 6569
cell 832 935 1466

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.